NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CARL B. COLLINS** AND **FARZIN DAVANLOO**,
*Plaintiffs-Appellees,*

**v.**

**WESTERN DIGITAL TECHNOLOGIES, INC., HITACHI AMERICA LTD, HITACHI, LTD., AND HITACHI GLOBAL STORAGE TECHNOLOGIES, INC.,**
*Defendants,*

**and**

**BUFFALO TECHNOLOGY (USA), INC., BUFFALO, INC., COMPUSA.COM, INC., LA CIE, LTD, LA CIE, S.A., SYSTEMAX, INC., AND TIGERDIRECT, INC.,**
*Defendants,*

**and**

**TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA AMERICA, INC., AND TOSHIBA CORPORATION,**
*Defendants,*

**and**

**EMC CORPORATION** AND **J & R ELECTRONICS, INC.,**
*Defendants,*
**and**

**IMATION CORP.,**
*Defendant,*

**v.**

**SUHAS WAGAL,**

*Movant-Appellant.*

————————————

2012-1009

————————————

Appeal from the United States District Court for the Eastern District of Texas in Case No. 09-CV-0219, Judge T. John Ward.

————————————

**JUDGMENT**

————————————

ROBERT P. LATHAM, Jackson Walker LLP, of Dallas, Texas, argued for plaintiffs-appellees. With him on the brief were JOHN M. JACKSON and SARA K. BORRELLI.

GEORGE W. DANA, Law Office of George W. Dana, of Houston, Texas, argued for movant-appellant.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and WALLACH, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<table>
<tr><td>May 15, 2012</td><td>/s/ Jan Horbaly</td></tr>
<tr><td>Date</td><td>Jan Horbaly</td></tr>
<tr><td></td><td>Clerk</td></tr>
</table>